IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MONTERIO ROSS,** ) | |
| ) | |
|    Movant, ) | |
| ) | |
| v. ) | Civ. No. 1:25-cv-01300-STA-jay |
| ) | Cr. No. 1:21-cr-10112-STA-5 |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|    Respondent. ) | |

**ORDER TRANSFERRING PETITION/MOTION TO THE COURT OF APPEALS
AS A SECOND OR SUCCESSIVE PETITION**

Monterio Ross, inmate number 78231-509, has filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 USC §2255. He previously filed *Monterio Ross v. United States of America*, 1:25-cv-01203-STA-dkv (W.D. Tenn. Jan. 27, 2026). In that matter, Ross's motion pursuant to 28 U.S.C. § 2255 was denied on January 27, 2026, and judgment was entered that same day.

The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Pub. L. 104-132, Title I, § 102, 110 Stat. 1220 (Apr. 24, 1996), amended 28 U.S.C. §§ 2244(b) and 2255 to preclude the filing of any subsequent § 2255 motion absent permission from the Court of Appeals for the Circuit in which the district court is located. Under *In re Sonshine*, 132 F.3d 1133, 1135 (6th Cir. 1997), the AEDPA amendments bar a prisoner from filing a second § 2255 motion unless those amendments would have an impermissibly retroactive effect on a claim for relief under § 2255. Under In re Sims, 111 F.3d 45, 47 (6th Cir. 1997), "when a second or successive . . . § 2255 motion

is filed in the district court without § 2244(b)(3) authorization from [the Sixth Circuit], the district court shall transfer the document to this court pursuant to 28 U.S.C. § 1631." Id

Because Ross must obtain a certification from the Sixth Circuit Court of Appeals before filing a second or successive motion, the Court **DIRECTS** the Clerk of Court to transfer the motion to the United States Court of Appeals for the Sixth Circuit for a determination of whether Ross can file a second or successive motion to vacate sentence pursuant to 28 U.S.C. § 2255. Ross's pending motions (ECF Nos. 2, 3, 6,) are **DENIED** without prejudice.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 2, 2026